# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KELVIN JEROME SANDERS,

    Petitioner,

v.                                        CASE NO. 3:16cv426/MCR/EMT

WARDEN,

    Respondent,
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 30, 2016.  ECF No. 3.  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The habeas petition, ECF No. 1, is **DISMISSED** without prejudice as premature.

**DONE AND ORDERED** this 11th day of October, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**